# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

TRADING TECHNOLOGIES       )
INTERNATIONAL, INC.,        )
                                )
         Plaintiff,          )
                                )
          vs.              )     No. 04 C 5312
                                )
eSPEED, INC., eSPEED INTERNATIONAL,   )
LTD, and ECCO WARE, LTD.,        )
                                )
         Defendants.       )

## MEMORANDUM OPINION AND ORDER

The parties in 05 C 4120 have submitted somewhat differing draft orders supposedly conforming to this court's oral rulings on June 12, 2007. We have signed the plaintiff's version, as amended, but with this further explanation:

a. We have added in Mosaic and Clicktrade with the understanding that the parties agree they stand on the same footing as Tradepad and Quicktrade.

b. If either of the witnesses testifies that there were other GL products at the time that raise similar invalidity arguments, then plaintiff can continue to inquire respecting invalidity issues relating to those products. If a witness does not so testify, then further inquiry about other products shall cease.

c. Documents should be produced on a rolling basis. That is, plaintiff should produce at least 24 hours in advance those documents it then expects to address at the deposition, and shall thereafter produce further documents when it decides to add them to the documents to be addressed.

                                           JAMES B. MORAN
                                  Senior Judge, U. S. District Court

_____ 15 _____, 2007.