# EXHIBIT B

```
 1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3

 4   TRADING TECHNOLOGIES INTERNATIONAL,  )
     INC.,                                )
 5                                        )
                          Plaintiff,      )
 6                                        )
                 v.                       )  No. 04 C 5312
 7                                        )
     eSPEED, INC., eSPEED INTERNATIONAL,  )
 8   LTD., ECCO LLC, and ECCOWARE, LTD.,  )  Chicago, Illinois
                                          )  April 4, 2008
 9                        Defendants.     )  9:30 o'clock a.m.

10

11                           VOLUME 2-A
                       TRANSCRIPT OF PROCEEDINGS
12                BEFORE THE HONORABLE JAMES B. MORAN

13
     APPEARANCES:
14
     Trading Technologies           TRADING TECHNOLOGIES
15   International, Inc., by:       INTERNATIONAL, INC.,
                                    MR. STEVEN F. BORSAND
16                                  222 South Riverside Drive
                                    Chicago, Illinois 60606
17                                  312-476-1000
                                    steve.borsand@
18                                  tradingtechnologies.com
                  and
19                                  McDONNELL, BOEHNEN, HULBERT &
                                    BERGHOFF, LTD.
20                                  MR. PAUL H. BERGHOFF
                                    MR. S. RICHARD CARDEN
21                                  MR. CHRISTOPHER M. CAVAN
                                    MR. MICHAEL D. GANNON
22                                  MS. JENNIFER M. KURCZ
                                    MR. MATTHEW J. SAMPSON
23                                  MR. LEIF R. SIGMOND
                                    300 South Wacker Drive
24                                  Chicago, Illinois 60606
                                    312-913-0001
25                                  berghoff@mbhb.com
                                    kurcz@mbhb.com
```

174

| | | |
|---|---|---|
| 1 | eSpeed, Inc., eSpeed International, Inc., Ecco LLC, Eccoware, LTD., by: | WINSTON & STRAWN<br>MR. IMRON T. ALY<br>MR. ANDREW M. JOHNSTONE<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>312-558-5600<br>glombardi@winston.com<br>rperkins@winston.com<br><br>LAW OFFICES OF<br>GARY A. ROSEN, P.C.<br>MR. GARY A. ROSEN<br>1831 Chestnut Street, Suite 802<br>Philadelphia, Pennsylvania 19103<br>215-972-0600 |

Court Reporter: MS. CAROLYN R. COX, CSR, RPR, CRR
Official Court Reporter
219 S. Dearborn Street, Suite 1854-B
Chicago, Illinois 60604
(312) 435-5639

(The following proceedings were had in open court:)

THE COURT: We're ready.

- - -

MR. BERGHOFF, OPENING STATEMENT CONTINUED

MR. BERGHOFF: Before the break, TT unambiguously told the examiner, you should just assume, your Honor, Mr. Examiner, MD Trader is commercial, it was in use, had sales brochures, call our sales offices, printed publications, it was the invention publicly available as of March 2.

Now, what eSpeed is arguing here, and I believe Mr. Rosen said this in his opening, is that we should have disclosed more. That wasn't enough just to admit -- to stipulate that MD Trader was prior art. What we should have done was cite MD Trader and Mr. Brumfield's use of his what's been called the custom software, the software we saw in the March 15th video.

Now, I find this -- I find this very interesting because Mr. Donefer, who was on the stand this morning, told us point blank that in his opinion, the software, the custom software that Mr. Brumfield was using, the software he was referring to on the March 15 video, is the same as MD Trader. It includes all the same features, and I don't think they're saying anything different. So when we disclosed, when TT disclosed MD Trader, how would it be any different to disclose in addition the use after March 2 of the custom software?