**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
<u>EASTERN DIVISION</u>**

| | |
|---|---|
| Trading Technologies International, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>eSpeed, Inc., eSpeed International, Ltd., )<br>Ecco LLC, and EccoWare Ltd., )<br>)<br>Defendants. )<br>) | Civil Action No. 04 C 5312<br><br>Judge: James B. Moran<br><br>Magistrate: Sidney I. Schenkier |

**TRADING TECHNOLOGIES MOTION FOR LEAVE TO FILE A
SURREPLY TO DEFENDANTS' MOTION FOR COSTS**

TT hereby respectfully requests that this Court grant TT leave to file the short surreply with respect to eSpeed's motion for costs, attached as Exhibit A. TT's surreply is necessitated by eSpeed's misrepresentation of its so-called need to prove certain facts for trial. As set forth in TT's surreply, there was never a need for eSpeed to prove any of the "facts" that serve as the basis for its motion for costs, and therefore its motion should be summarily denied.

Respectfully submitted,

Date: May 22, 2008  By:  s/ S. Richard Carden
Paul H. Berghoff (ID No. 6180462)
Leif R. Sigmond (ID No. 6204980)
Matthew J. Sampson (ID No. 6207606)
S. Richard Carden (I.D. No. 6269504)
Jennifer M. Kurcz (ID No. 6279893)
Paul A. Kafadar (ID No. 6289869)
**McDonnell Boehnen Hulbert & Berghoff LLP**
300 South Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 913-0001
Fax: (312) 913-0002
carden@mbhb.com
lsgdocketing@mbhb.com

Steven F. Borsand (ID No. 6206597)
**Trading Technologies International, Inc.**
222 South Riverside
Suite 1100
Chicago, IL 60606
Tel: (312) 476-1000
Fax: (312) 476-1182

**Attorneys for Plaintiff,**
**TRADING TECHNOLOGIES**
**INTERNATIONAL, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on May 22, 2008 as follows:

*Via Email, e-service from the Court and First Class Mail:*

| | |
|---|---|
| *Counsel for eSpeed, et al.:* <br> Raymond Perkins <br> (rperkins@winston.com) <br> Winston & Strawn LLP <br> 35 W. Wacker Drive <br> Chicago, IL 60601 <br> Main Tel: 312-558-5600 <br> Fax: 312-558-5700 <br><br> *Counsel for Rosenthal Collins Group:* <br> Geoffrey A. Baker <br> (gabaker@dowellbaker.com) <br> Dowell Baker, P.C. <br> 229 Randolph St. <br> Oak Park, IL 60302 <br> Tel: 708-660-1413 <br> Fax: 312-873-4466 <br><br> Jeffrey Schulman <br> (jschulman@wolinlaw.com) <br> Wolin & Rosen, Ltd. <br> 55 West Monroe Street, Suite 3600 <br> Chicago, IL 60603 <br> Tel: 312-458-1244 <br> Fax: 312-424-0660 | *Counsel for CQG, Inc. and CQGT, LLC:* <br> Kara E. F. Cenar <br> (kcenar@bellboyd.com) <br> Bell, Boyd & Lloyd, LLC <br> 70 W. Madison Street, Suite 3100 <br> Chicago, IL 60602-4207 <br> Main Tel: 312-372-1121 <br> Fax: 312-827-8000 <br><br> Nina Wang <br> (Nwang@faegre.com) <br> Neal Cohen <br> (ncohen@faegre.com) <br> Jared Briant <br> (jbriant@faegre.com) <br> Faegre & Benson, LLP <br> 1900 Fifteenth Street <br> Boulder, CO 80302 <br> Tel: 303-447-7700 <br> Fax: 303-447-7800 |

*Via Email, e-service from the Court and Federal Express:*

| |
|---|
| *Counsel for GL Consultants, Inc., GL Trade SA, and FuturePath Trading LLC:* <br> Lora A. Moffatt <br> (lmoffatt@salans.com) <br> Salans <br> Rockefeller Center <br> 620 Fifth Ave <br> New York, NY 10020-2457 <br> Main Tel: 212-632-8436 <br> Main Fax: 212-307-3320 |

*Via Email and and e-service from the Court:*

| |
|---|
| *Counsel for GL Consultants, Inc., GL Trade SA, and FuturePath Trading LLC:* <br> Brian Norkett (b_norkett@hotmail.com)    Natalie Clayton (natalie.clayton@alston.com) <br> Alison Naidech (anaidech@salans.com)    Walter Scott (wscott@alston.com) <br> Phillippe Bennett (pbennett@alston.com) |

                                                                       __s/ S. Richard Carden_____