# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 5312 | **DATE** | 5/22/2008 |
| **CASE TITLE** | TRADING TECHNOLOGIES INTL., INC. vs. ESPEED, INC., et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. Trading Technologies motion for Permanent Injunction [1072] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|