# United States District Court
## Northern District of Illinois
### Eastern Division

TRADING TECHNOLOGIES, INTL, et al

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 04 C 5312

ESPEED, INC., et al

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the permanent injunction order entered on May 22, 2008 [1230] is a final judgment. The Clerk of the Court is directed to enter Rule 58 judgment in this case nunc pro tunc as of May 22, 2008.

Michael W. Dobbins, Clerk of Court

Date: 6/13/2008

/s/ Linda Garth, Deputy Clerk