# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Trading Technologies International, Inc., et al.

                                        Plaintiff,

v.                                                     Case No.: 1:04–cv–05312
                                                    Honorable James B. Moran

eSpeed, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 2, 2009:

      MINUTE entry before the Honorable James B. Moran:Defendants' motion to strike plaintiff's bill of costs or, in the alternative, stay costs pending appeal [1288] is stayed, until resolution of the pending appeal.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.