# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Trading Technologies International, Inc., et al.

                                            Plaintiff,

v.

                                            Case No.:
                                            1:04–cv–05312
                                            Honorable Robert M.
                                            Dow Jr.

eSpeed, Inc., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 29, 2010:

      MINUTE entry before Honorable Sidney I. Schenkier: ENTER MEMORANDUM OPINION AND ORDER (attached). We deny defendant's motion to strike plaintiff's bill of costs, and its alternative request to stay consideration of costs (doc. # [1288]). We grant in part and deny in part plaintiff's bill of costs (doc. # [1272], [1283]), as later modified by plaintiff (doc. # [1297]). We award plaintiff costs in the amount of $381,831.04. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.