IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRADING TECHNOLOGIES INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 04 cv 5312 |
| eSPEED, INC., eSPEED INTERNATIONAL, LTD., ECCO LLC, and ECCOWARE, LTD., | ) ) ) ) | Judge Robert M. Dow, Jr. |
| Defendants. | ) | |

## AMENDED JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 60(a), the judgment entered on June 13, 2008 (nunc pro tunc to May 22, 2008) granting a permanent injunction [1263] is amended (also nunc pro tunc to May 22, 2008) to reflect – in addition to the injunctive relief already set forth in the original judgment order – the jury verdict and post-remittitur damages award in the amount of $2,539,468.00, wherein $2,000,000 of the damages award is against Ecco, LLC and EccoWare, Ltd., and $539,468.00 of the damages award is against eSpeed, Inc. (now known as "BGC Partners, Inc.") and eSpeed International, Ltd., plus prejudgment interest at the prime rate, compounded monthly.

Dated: April 28, 2011

Robert M. Dow, Jr.
United States District Judge